UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CR-167-1-F
No. 5:09-CV-219-F

| | | |
|---|---|---|
| MARK NATHANIEL HOPE,<br>    Movant, | )<br>)<br>) | |
| v. | )<br>) | <u>ORDER</u> |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>) | |

Having conducted an examination of movant's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This, the 5th day of April, 2011.

JAMES C. FOX
Senior United States District Judge