UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CR-167 F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARK NATHANIEL HOPE, | ) | |
| Defendant. | ) | |

This matter is before the court on the Hope's pro se letter motion [DE-71]. Therein, Hope requests "judicial notice" of *Descamps v. United States*, 133 S. Ct. 2276 (2013). Hope also requests that "this court . . . allow him to preserve the *Descamps* issue, in the event that this court or any higher court holds *Descamps* retroactively applicable on collateral review." The court does not have authority to grant this relief, and the motion is DENIED.

SO ORDERED.
This the 6 day of June, 2013.

James C. Fox
JAMES C. FOX
Senior United States District Judge