IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-HC-2070-FL

| | | |
|---|---|---|
| MARK NATHANIEL HOPE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUSTIN ANDREWS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, a federal inmate, filed this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241. The matter is before the court for a preliminary review under 28 U.S.C. § 2243, which provides that the court need not seek a response from the respondent when it is clear on the face of the petition that petitioner is not entitled to relief. Also before the court is petitioner's motion for leave to file an amended petition (DE 4). In this posture, the issues raised are ripe for adjudication.

The court GRANTS petitioner's motion for leave to file an amended petition (DE 4). See Fed. R. Civ. P. 15(a). The court, additionally, ALLOWS petitioner to proceed. The clerk of court is DIRECTED to maintain management of this action.

SO ORDERED, this 3rd day of November, 2015.

LOUISE W. FLANAGAN
United States District Judge